UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                     -against-

   EVELYN ORTIZ,
                                 Defendant.
------------------------------------------------------------ X

24 Cr. 422 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Evelyn Ortiz's sentencing hearing will be held on **November 18, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **October 28, 2024**.  The Government's pre-sentencing submission, if any, shall be filed by **October 31, 2024.**

Dated: July 12, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**