UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                                            :
                                                            :   24 Cr. 422 (LGS)
                    -against-                               :
                                                            :   ORDER
   EVELYN ORTIZ,                                            :
                                            Defendant.      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for November 18, 2024, is adjourned to **March 3, 2025, at 11:00 a.m.**  Defendant's sentencing submission shall be filed by **February 10, 2025**.  The Government's sentencing submission shall be filed by **February 13, 2025**.

Dated: November 1, 2024
       New York, New York

_____
       **LORNA G. SCHOFIELD**
       **UNITED STATES DISTRICT JUDGE**