# SIRIANO & BERNSTEIN, PC
### —— ATTORNEYS AT LAW ——

Anthony F. Siriano
Anthony@sbnylaw.com

Mark F. Bernstein
Mark@sbnylaw.com

February 4, 2025

Hon. Lorna G. Schofeld
U.S. District Court Judge Schofeld
Unites States Courthouse

Application Granted.  The sentencing hearing currently scheduled for March 3, 2025, is adjourned to **May 27, 2025, at 11:00 a.m**. Defendants sentencing submission shall be filed by **May 5, 2025**. The Governments sentencing submission shall be filed by **May 8, 2025**.

Re:    **U.S. v. Evelyn Ortiz
1:24CR422**

Dated: February 6, 2025
New York, New York

**LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE**

Dear Hon. Schofeld,

My client, Evelyn Ortiz, is scheduled for sentencing submission on February 10, 2025. My sentencing submission is ready to be sent out.

I received notice from Josh Rothman from U.S. pretrial services. Mr. Rothman suggested that I ask the Court most respectfully for an adjournment on both the sentencing submission as well as sentencing scheduled for March 3, 2025. The supervising officer at Pretrial services has referred Ms. Ortiz to the **Focus Forward Program** which is set to being on February 10, 2025 and lasts for 12 weeks. I respectfully ask the Court for adjournments on sentencing submissions as well as sentencing . We are respefully requesting dates for the aforementioned matters to a late May date. Pretrial services has stated that Ms. Ortiz has no compliance issues and has recommended I send this request to the Court.

 Yours truly,

SIRIANO & BERNSTEIN, P.C.

Anthony F. Siriano
AFS: do

cc:    AUSA Sebastian Sweet
Pretrial Srvices