# SIRIANO & BERNSTEIN, PC
## ATTORNEYS AT LAW

Anthony F. Siriano
Anthony@sbnylaw.com

Mark F. Bernstein
Mark@sbnylaw.com

March 7, 2025

**VIA E-FILE ONLY**
Hon. Lorna G. Schofeld
U.S. District Court Judge Schofeld
Unites States Courthouse

> Application Denied. Any future application to modify Defendant's conditions of release shall include the requested travel dates, location(s) and whether the Government and/or Pretrial Services consent to the proposed modification.
>
> Dated: March 13, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: U.S. v. Evelyn Ortiz
    1:24CR422

Dear Hon. Schofeld,

I represent Ms. Ortiz who is to be sentenced by your Honor on May 27, 2025. She is currently attending the Focus Program as recommended by Pre-Trial Services. She attends one day a week as directed and has been doing very well. Ms. Ortiz is prohibited from travel without request to the Court. At this time, based on Ms. Ortiz's behavior and her following all Court directives; she is respectfully requesting the opportunity to have her restriction limitation lifted to allow her to travel to New Jersey, Connecticut, and Pennsylvania so that prior to her sentencing she can meet with her family which includes her grandchildren without having to request permission each time she wishes to travel. Please advise if this request is granted.

Thank you kindly.

Yours truly,

SIRIANO & BERNSTEIN, P.C.

Anthony F. Siriano
AFS: do