UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Judgment Creditor,

v.

EVELYN ORTIZ,

        Judgment Debtor,

and

THE CITY OF NEW YORK DEFERRED
COMPENSATION PLAN,

        Third-Party Respondent.

No. 24 CR 422 (LGS)

**STIPULATION AND
TURNOVER ORDER**

WHEREAS, on May 27, 2025, the Court entered judgment against EVELYN ORTIZ and ordered her to pay $30,000 in restitution to the victim of her crime;

WHEREAS, as of October 29, 2025, Ortiz has not made any restitution payments, and her outstanding balance, including interest accrued at the rate of 4.1%, is $30,475.15 plus $3.37 per diem thereafter;

WHEREAS, pursuant to 18 U.S.C. § 3613, upon entry of judgment, a lien arose on all property and rights to property of Ortiz, notwithstanding any other federal law, and the United States may use any federal or state procedure to enforce the judgment;

WHEREAS, pursuant to 18 U.S.C. § 3664(m), Federal Rule of Civil Procedure 69(a)(1) and N.Y. CPLR § 5222, the United States served a restraining notice on the City of New York Deferred Compensation Plan ("NYCDCP") for substantial nonexempt property belonging or due to Ortiz;

WHEREAS, on July 17, 2025, NYCDCP answered that it holds approximately $87,985, subject to market fluctuation, in a 457 Plan account belonging to Ortiz;

WHEREAS the United States served Ortiz with the restraining notice including the exclusive and limited exemptions available to criminal judgment debtors under 18 U.S.C. § 3613(a);

WHEREAS Ortiz has a substantial nonexempt interest in the 457 Plan account held by the NYCDCP, such property is eligible for immediate lump sum withdrawal, and subject to turnover pursuant to 18 U.S.C. §§ 3613(a), 3664(m) and N.Y. CPLR § 5225(b);

WHEREAS, on August 15, 2025, the United States filed a motion for turnover order to satisfy the unpaid restitution from the nonexempt funds held by NYCDCP, but the Court denied the motion without prejudice after Ortiz agreed to satisfy the restitution from other sources;

WHEREAS Ortiz now wishes to satisfy the unpaid restitution from her nonexempt funds held by the NYCDCP in her 457 Plan account; Accordingly, on consent of the parties,

IT IS HEREBY ORDERED that NYCDCP shall liquidate securities as needed to pay to the Clerk of Court the sum certain amount of $30,583 from the nonexempt 457 Plan account it has in its possession, custody, or control belonging to or due the judgment debtor, EVELYN ORTIZ. *See* 18 U.S.C. § 3613; *United States v. Irving*, 452 F.3d 110, 126 (2d Cir. 2006) (affirming garnishment of retirement funds, holding that "the only property exempt from [18 U.S.C. § 3613] is that which the government could not reach for the payment of federal income taxes").

—NOTHING FURTHER ON THIS PAGE—

Payment should be made by cashier's check or certified funds to "Clerk of Court" with "No. 24 CR 422" written on the face of the payment and mailed to:

United States District Court
500 Pearl Street
New York, New York 10007
Attn: Cashier for 24 CR 422

STIPULATED AND AGREED:

November 5, 2025
New York, New York

_____
ANTHONY SIRIANO
Siriano & Bernstein P.C.
3867 East Tremont Avenue
Bronx, New York 10465
Telephone No.: (718) 823-2600
*Attorney for Judgment Debtor*

JAY CLAYTON
United States Attorney

/s/ Melissa A. Childs
_____
MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

The Clerk of the Court is directed to terminate the letter motion at docket number 58.

Dated: November 13, 2025
New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**